IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK GLOVER,
        Plaintiff,

vs.                              3:06cv239/MCR/MD

WILLIAM DUNN,
        Defendant.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. The pro se plaintiff initiated this cause through the filing of a complaint pursuant to 42 U.S.C. § 1983 or 28 U.S.C. § 1331 or § 1346 (doc. 1) and a motion to proceed *in forma pauperis* with supporting affidavit of financial status. (Doc. 2). The information provided in the financial affidavit reflects that plaintiff earns $5,100 per month from his employment with the Center for Naval Aviation Technical Training and he receives retirement benefits in the amount of $1,200.00 per month. Based on his reported yearly income of in excess of $70,000, the court found that plaintiff was not entitled to proceed *in forma pauperis* in this action, and denied his motion for leave to so proceed. Plaintiff was advised that if he wished to pursue this action, he must pay the $350.00 filing fee within thirty (30) days, and that failure to do so would result in a recommendation of dismissal of this action without prejudice. Plaintiff was also advised that a cursory review of his complaint, arising from damages allegedly stemming from an auto accident, suggested that it might be subject to dismissal for failure to state a federal claim upon which relief may be granted. Over thirty days have elapsed, and plaintiff has not filed the $350.00 filing fee, or any other pleading, in this case.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 6th day of July, 2006.


/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).